BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JENNIFER J. MARTIN, OSB #842851**
jennifer.martin@usdoj.gov
**JOHN C. BRASSELL, WASB #51639**
john.brassell@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA | 3:17-CR-00369-SI |
|---|---|
| v. | GOVERNMENT'S EXHIBIT LIST |
| JOHN M. WASSON, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Jennifer J. Martin and John C. Brassell, Assistant United States Attorneys for the District of Oregon, hereby provides notice that it may introduce the following exhibits in evidence during its case-in-chief at trial:

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 1. | Photograph | 2532 | April 17, 2017- Slippery Rocks Mining Claim tent |
| 2. | Photograph | 2533 | April 17, 2017- Surveillance sign |
| | | | |
| 3. | Photograph | 0479 | July 21, 2017- Surveillance sign |
| 4. | Photograph | 0529 | July 21, 2017- New road |
| 5. | Photograph | 0483 | July 21, 2017- New road 2 |
| 6. | Photograph | 0485 | July 21, 2017- Campsite, tent, camper |
| 7. | Photograph | 0495 | July 21, 2017- Semi-permanent foundation of tent |

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 8. | Photograph | 0496 | July 21, 2017- Camper, tent, misc. |
| 9. | Photograph | 0494 | July 21, 2017- Campsite, two tents |
| 10. | Photograph | 0492 | July 21, 2017- Campsite, camper, firewood, misc. |
| 11. | Photograph | 0493 | July 21, 2017- Campsite, firewood |
| 12. | Photograph | 0486 | July 21, 2017- Campsite, solar panels, wood, etc. |
| 13. | Photograph | 0488 | July 21, 2017- Solar panels |
| 14. | Photograph | 0487 | July 21, 2017- Insect traps, latrine |
| 15. | Photograph | 0533 | July 21, 2017- Fire ring, USFS notice |
| 16. | Photograph | 0503 | July 21, 2017- Campsite, River, rope, dam |
| 17. | Photograph | 0537 | July 21, 2017- River, dam, rope |
| 18. | Photograph | 0482 | July 21, 2017- Mining site, chair, rope |
| 19. | Photograph | 0491 | July 21, 2017- Mining site, chair, equipment |
| 20. | Photograph | 0540 | July 21, 2017- River, dam, plastic sheeting |
| 21. | Photograph | 0500 | July 21, 2017- River, dam, plastic sheeting 2 |
| 22. | Photograph | 0536 | July 21, 2017- River, dam plastic sheeting 3 |
| 23. | Photograph | 0530 | July 21, 2017- River, dam, plastic sheeting 4 |
| 24. | Photograph | 0502 | July 21, 2017- Mining site, equipment, dam |
| 25. | Photograph | 0505 | July 21, 2017- Mining site, equipment, chair |
| 26. | Photograph | 0504 | July 21, 2017- Mining site, soil |
| 27. | Photograph | 0507 | July 21, 2017- Mining site, soil 2 |
| 28. | Photograph | 0538 | July 21, 2017- Mining site, soil 3 |
| 29. | Photograph | 0524 | July 21, 2017- Mining site, soil 4 |
| 30. | Photograph | 0480 | July 21, 2017- Mining site, archaeology |
| 31. | Video | 0515 | July 21, 2017- Mining site |
| 32. | Video | 0516 | July 21, 2017- Road |
| 33. | Video | 0517 | July 21, 2017- Campsite, river |
| 34. | Video | 0518 | July 21, 2017- Road 2 |
| 35. | Video | 0519 | July 21, 2017- Campsite |
| 36. | Video | 0521 | July 21, 2017- Archaeological artifact |
|  |  |  |  |
| 37. | Photograph | 0424 | August 2, 2017- River, dam, pool |
| 38. | Photograph | 0426 | August 2, 2017- River, dam, sediment |
| 39. | Photograph | 0423 | August 2, 2017- River, dam, rock/sediment |
| 40. | Photograph | 0425 | August 2, 2017- River, dam, mining site |
| 41. | Photograph | 0427 | August 2, 2017- River, dam, rope, pool |
| 42. | Photograph | 0609 | August 31, 2017- River, dam, rope |
| 43. | Photograph | 0621 | August 31, 2017- River, dam, rope 2 |
| 44. | Photograph | 0600 | August 31, 2017- River, dam, rope, mining site |
| 45. | Photograph | 0613 | August 31, 2017- River, dam, rope 3 |
| 46. | Photograph | 0619 | August 31, 2017- River, dam, rope 4 |
| 47. | Photograph | 0603 | August 31, 2017- River, plastic sheeting, dam |
| 48. | Photograph | 0599 | August 31, 2017- River, dam, rope 5 |

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 49. | Photograph | 0598 | August 31, 2017- River, dam |
| 50. | Photograph | 0597 | August 31, 2017- River, dam, rock/sediment |
| 51. | Photograph | 0596 | August 31, 2017- River, dam, rock/sediment 2 |
| 52. | Photograph | 0627 | August 31, 2017- Mining site, dam, tools |
| 53. | Photograph | 0626 | August 31, 2017- River, dam, pool |
| 54. | Photograph | 0602 | August 31, 2017- River, dam rock/sediment 3 |
| 55. | Photograph | 0601 | August 31, 2017- River, dam, rock/sediment 4 |
| 56. | Photograph | 0595 | August 31, 2017- River, dam, rock/sediment 5 |
| 57. | Photograph | 0625 | August 31, 2017- River, mining site, equipment |
| 58. | Photograph | 0604 | August 31, 2017- River, dam, rock/sediment 6 |
| 59. | Photograph | 0623 | August 31, 2017- River, rock/sediment |
| 60. | Photograph | 0614 | August 31, 2017- River, rock/sediment 2 |
| 61. | Photograph | 0617 | August 31, 2017- Mining site, equipment |
| 62. | Photograph | 0615 | August 31, 2017- Mining site, equipment 2 |
| 63. | Photograph | 0616 | August 31, 2017- River, rock/sediment 3 |
| 64. | Photograph | 0605 | August 31, 2017- Mining site, equipment 3 |
| 65. | Photograph | 0606 | August 31, 2017- Mining site, rocks |
| 66. | Photograph | 0618 | August 31, 2017- Mining site, equipment 4 |
| 67. | Photograph | 0608 | August 31, 2017- Mining site, equipment 5 |
| 68. | Photograph | 0607 | August 31, 2017- Mining site, equipment 6 |
| 69. | Photograph | 0611 | August 31, 2017- Mining site, rock/soil |
| 70. | Photograph | 0638 | August 31, 2017- Archaeology near new road |
| 71. | Photograph | 0632 | August 31, 2017- Campsite, cut tree branches |
| 72. | Photograph | 0634 | August 31, 2017- Campsite, leaking containers |
| 73. | Photograph | 0636 | August 31, 2017- Campsite, dredge equipment |
| 74. | Photograph | 0637 | August 31, 2017- Campsite, dredge equipment 2 |
| | | | |
| 75. | Photograph | 0713 | October 12, 2017- River, dam, rope, mining site |
| 76. | Photograph | 0691 | October 12, 2017- River, dam, plastic sheeting |
| 77. | Photograph | 0695 | October 12, 2017- River, dam, plastic sheeting 2 |
| 78. | Photograph | 0693 | October 12, 2017- River, dam, plastic sheeting 3 |
| 79. | Photograph | 0699 | October 12, 2017- River, dam, plastic sheeting 4 |
| 80. | Photograph | 0727 | October 12, 2017- River, dam removal |
| 81. | Photograph | 0731 | October 12, 2017- River, dam removal 2 |
| 82. | Photograph | 0743 | October 12, 2017- River, dam removal 3 |
| 83. | Photograph | 0771 | October 12, 2017- River, dam removal 4 |
| 84. | Photograph | 0757 | October 12, 2017- Collected mining equipment |
| 85. | Photograph | 0755 | October 12, 2017- Collected mining equipment 2 |
| 86. | Photograph | 0576 | October 12, 2017- Campsite, green tent |
| 87. | Photograph | 0573 | October 12, 2017- Campsite, leaking containers |
| 88. | Photograph | 0577 | October 12, 2017- Campsite, leaking containers 2 |
| 89. | Photograph | 0578 | October 12, 2017- Campsite, leaking containers 3 |

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 90. | Photograph | 0575 | October 12, 2017- Campsite, drum container |
| 91. | Photograph | 0574 | October 12, 2017- Campsite, drum container 2 |
| 92. | Photograph | 0805 | October 12, 2017- Campsite, green tent, police tape |
| 93. | Photograph | 0793 | October 12, 2017- Campsite, green tent, inside |
| 94. | Photograph | 0803 | October 12, 2017- Campsite, green tent, inside 2 |
| 95. | Photograph | 0799 | October 12, 2017- Campsite, removal of insect traps |
| 96. | Photograph | 0749 | October 12, 2017- Campsite, yellow container, mice |
| 97. | Photograph | 0791 | October 12, 2017- Campsite, white container, mouse |
| 98. | Photograph | 0811 | October 12, 2017- Campsite, truck, waste removal |
| 99. | Photograph | 0566 | October 12, 2017- Campsite, white tent |
| 100. | Photograph | 0580 | October 12, 2017- Campsite, white tent, foundation |
| 101. | Photograph | 0571 | October 12, 2017- Campsite, white tent, foundation 2 |
| 102. | Photograph | 0569 | October 12, 2017- Campsite, white tent, foundation 3 |
| 103. | Photograph | 0567 | October 12, 2017- Campsite, camper, misc. items |
| 104. | Photograph | 0582 | October 12, 2017- Campsite, camper, steps, storage |
| 105. | Photograph | 0581 | October 12, 2017- Campsite, latrine |
| 106. | Photograph | 0586 | October 12, 2017- Campsite, mining equipment |
| 107. | Photograph | 0588 | October 12, 2017- Campsite, dredge |
| 108. | Photograph | 0589 | October 12, 2017- Campsite, misc. items |
| 109. | Photograph | 0592 | October 12, 2017- Campsite, flexible hose |
| 110. | Photograph | 0593 | October 12, 2017- Campsite, solar panels |
| 111. | Photograph | 0591 | October 12, 2017- Campsite, picnic table |
| 112. | Photograph | 0590 | October 12, 2017- Campsite, picnic table 2 |
| 113. | Audio | 2506 | October 2017- Wasson phone call to dispatch |
| 114. | Physical | 2811 | October 12, 2017- Wireless Surveillance System |
| 115. | Physical | 2812 | October 12, 2017- Shovel, wood handle |
| 116. | Physical | 2813 | October 12, 2017- Rake |
| 117. | Physical | 2814 | October 12, 2017- Shovel, gray and green handle |
| 118. | Physical | 2815 | October 12, 2017- Pitchfork, wood with green handle |
| 119. | Physical | 2816 | October 12, 2017- Splitting maul, yellow and black |
| 120. | Physical | 2817 | October 12, 2017- Box saw |
| 121. | Physical | 2818 | October 12, 2017- Hand saw |
| 122. | Physical | 2819 | October 12, 2017- Splitting maul, wood handle, tape |
| 123. | Physical | 2820 | October 12, 2017- Hacksaw |
| 124. | Physical | 2821 | October 12, 2017- Wedges for felling/splitting x3 |
| 125. | Physical | 2822 | October 12, 2017- Sawzall, corded electric |
| 126. | Physical | 2823 | October 12, 2017- Rope, poly, yellow, blue |
| 127. | Physical | 2825 | October 12, 2017- Plastic sheeting, black, 24 ft. x4 |
| 128. | Physical | 2828 | October 12, 2017- Picnic table pieces |
| 129. | Physical | 2833 | October 12, 2017- BLM paperwork |
| 130. | Physical | 2841 | October 12, 2017- USFS placard, 14 day stay limit |

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 131. | Physical | 2842 | October 12, 2017- USFS placard, Public Restrictions |
| 132. | Physical | 2843 | October 12, 2017- US v. Wasson, Order of Dismissal |
| 133. | Physical | 2844 | October 12, 2017- "Make your own biodiesel" |
| 134. | Physical | 2848 | October 12, 2017- Fireworks |
| 135. | Physical | 2849 | October 12, 2017- Mousetrap |
| 136. | Physical | 2834 | October 12, 2017- Instructions to set up green tent |
| 137. | Physical | 2836 | October 12, 2017- Blank military ID card |
| 138. | Physical | 2840 | October 12, 2017- Newspaper |
| 139. | Physical | 2831 | October 12, 2017- All tools pictured together |
| | | | |
| 140. | | | Reserved |
| 141. | | | Reserved |
| 142. | | | Reserved |
| 143. | | | Reserved |
| | | | |
| 144. | Photograph | 2476 | March 29, 2018-  Campsite |
| 145. | Photograph | 2477 | March 29, 2018-  Campsite 2 |
| 146. | Photograph | 2475 | March 29, 2018-  Boulders |
| 147. | Photograph | 2474 | March 29, 2018-  River, mining site |
| 148. | Photograph | 2479 | March 29, 2018-  Campsite 3 |
| 149. | Photograph | 2478 | March 29, 2018-  Campsite 4 |
| | | | |
| 150. | Photograph | 2106 | April 30, 2018- Road to campsite |
| 151. | Photograph | 2100 | April 30, 2018- Campsite, chemical removal area |
| 152. | Photograph | 2101 | April 30, 2018- Campsite, chemical removal area 2 |
| 153. | Photograph | 2105 | April 30, 2018- Campsite |
| 154. | Photograph | 2103 | April 30, 2018- Campsite 2 |
| 155. | Photograph | 2102 | April 30, 2018- Campsite 3 |
| 156. | Photograph | 2104 | April 30, 2018- Campsite 4 |
| | | | |
| 157. | Photograph | 2462 | June 20, 2018- River |
| 158. | Photograph | 2461 | June 20, 2018- River 2 |
| 159. | Photograph | 2460 | June 20, 2018- River 3 |
| 160. | Photograph | 2467 | June 20, 2018- River, archaeological artifact |
| 161. | Photograph | 2435 | June 20, 2018- Road |
| 162. | Photograph | 2436 | June 20, 2018- Road 2 |
| 163. | Photograph | 2437 | June 20, 2018- Road 3 |
| 164. | Photograph | 2438 | June 20, 2018- Road 4 |
| 165. | Photograph | 2439 | June 20, 2018- Campsite |
| 166. | Photograph | 2440 | June 20, 2018- Campsite 1 |
| 167. | Photograph | 2442 | June 20, 2018- Campsite 2 |
| 168. | Photograph | 2465 | June 20, 2018- Campsite 3 |

| Exhibit | Type | Bates Number | Description |
|---|---|---|---|
| 169. | Photograph | 2443 | June 20, 2018- Campsite 4 |
| 170. | Photograph | 2444 | June 20, 2018- Campsite 5 |
| 171. | Photograph | 2445 | June 20, 2018- Campsite 6 |
| 172. | Photograph | 2447 | June 20, 2018- Campsite, chemical removal area |
| 173. | Photograph | 2452 | June 20, 2018- Campsite, chemical removal area 2 |
| 174. | Photograph | 2449 | June 20, 2018- Campsite, chemical removal area 3 |
| 175. | Photograph | 2448 | June 20, 2018- Campsite 7 |
| 176. | Photograph | 2459 | June 20, 2018- Campsite 8 |
| | | | |
| 177. | Photograph | 2798 | October 12, 2018- Road |
| 178. | Photograph | 2799 | October 12, 2018- Road 2 |
| 179. | Photograph | 2800 | October 12, 2018- Campfire ring |
| 180. | Photograph | 2801 | October 12, 2018- Campsite |
| 181. | Photograph | 2802 | October 12, 2018- Campsite, chemical spill area |
| 182. | Photograph | 2803 | October 12, 2018- River |
| 183. | Photograph | 2804 | October 12, 2018- River 2 |
| 184. | Photograph | 2805 | October 12, 2018- River 3 |
| 185. | Photograph | 2806 | October 12, 2018- Road 3 |
| 186. | Photograph | 2807 | October 12, 2018- Road 4 |
| 187. | Photograph | 2808 | October 12, 2018- Road 5 |
| | | | |
| 188. | Report | 2317 | First Strike Environmental Final Closure Report |
| 189. | Report | 2353 | ALS Sample Analysis Summary (part of exhibit 188) |
| 190. | Report | 2232 | "Index to EPA Test Methods" |
| 191. | Report | 2565 | November 10, 2017, ALS raw data for test results |
| | | | |
| 192. | Report | 0667 | Damage- Reclamation Bond Estimate |
| 193. | Report | 0663 | Damage- Slippery Rocks Estimate Spreadsheet |
| 194. | Opinion | | U.S. v. Wasson, 627 Fed.Appx. 604 (9th Cir. 2015) |
| 195. | Order | 2810 | State of Washington court document |
| | | | |
| 196. | Photograph | 2809 | Wasson campsite, 2011 |
| 197. | Photograph | 2795 | USFS Picnic table |
| 198. | Photograph | 2796 | USFS Picnic table 2 |
| 199. | Photograph | 2797 | USFS Picnic table 3 |
| 200. | Video | 1767 | 15-CR-054, Conversation with Wasson |
| 201. | Video | 1768 | 15-CR-054, Conversation with Wasson 2 |
| 202. | Report | 1492 pg. 219 | 2014 Correspondence from Reid to Wasson |

The government respectfully reserves the right to offer additional exhibits as may be necessary during its case-in-chief or in rebuttal.

DATED October 22, 2018.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Jennifer J. Martin*
JENNIFER J. MARTIN, OSB #842851
JOHN C. BRASSELL, WASB #51639
Assistant United States Attorneys