**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOHN WASSON**, <br><br> Defendant. | Case No.: 3:17-CR-00369-SI <br><br> **DEFENDANT'S EXHIBIT LIST** |

Defendant has the following proposed exhibits:

- 1001-1013: Photographs of campsite A;
- 1014-1025: Photographs of campsite B;
- 1026-1039: Photographs of campsite C.

**DATED** this 22nd day of October, 2018

By:   /s Jesse Merrithew
**Jesse Merrithew**, OSB No. 074564
Attorney for Defendant

Page 1 – DEFENDANT'S EXHIBIT LIST